IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**SHEFFIELD T. SMITH,**

    Petitioner,

vs.                                                                                                         Case No. 4:12cv17-RV/CAS

**MICHAEL D. CREWS, Secretary,**
**Florida Department of Corrections,**

    Respondent.

_____

**ORDER**

    This cause comes on for consideration upon the magistrate judge's report and recommendation dated September 25, 2014. (Doc. 25)  The parties have been furnished a copy of the report and recommendation and have been afforded an opportunity to file objections.  Pursuant to Title 28, United States Code, Section 636(b)(1), I have made a <u>de</u> <u>novo</u> determination of those portions to which an objection has been made.

    Having considered the report and recommendation and the objections thereto timely filed (doc.29), I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2.  Petitioner Smith's amended § 2254 petition (Doc. 9), is **DENIED**.  It is further **ORDERED** that the certificate of appealability is **DENIED** and that leave to appeal in forma pauperis is  **DENIED**.  The Clerk shall substitute Michael D. Crews for Kenneth S. Tucker as Respondent.

**DONE AND ORDERED** this 4th day of November, 2014.


*/s/ Roger Vinson*
**ROGER VINSON**
**Senior United States District Judge**